# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM JASON HICKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:17-cv-00686-SGC |
| ANNISTON RADIOLOGY GROUP, P.C., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On March 6, 2018, a joint stipulation of dismissal was filed, signed by all remaining parties to the above-captioned matter. (Doc. 27). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 7th day of March, 2018.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE